UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 1:09-cv-00059 |
| v. ) ) | Judge Haynes |
| DURA AUTOMOTIVE SYSTEMS, INC., ) ) | JURY TRIAL DEMAND |
| Defendant. ) | |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

*[Handwritten annotation: DENIED. This motion is GRANTED. [signature] 3-6-12]*

Pursuant to Federal Rule of Civil Procedure 16(b), Plaintiff Equal Employment Opportunity Commission (the Commission) and Defendant Dura Automotive Systems, Inc. (Dura) jointly move this Court to modify the November 1, 2011 Amended Scheduling Order (Docket Entry No. 56). Specifically, the parties request an extension of the discovery deadline from March 15, 2012 until April 13, 2012 to complete necessary discovery depositions. Scheduling conflicts and the volume of the depositions have left both parties with insufficient time to complete discovery before the original deadline. As outlined in greater detail in the accompanying Memorandum of Law in support of this motion, the parties have diligently and cooperatively pursued scheduling and conducting necessary depositions to prosecute and defend the underlying claims in this case, but are unable to complete all depositions prior to March 15, 2012.

For the foregoing reasons, the parties respectfully submit that good cause exists for modification of the November 1, 2011 Amended Scheduling Order in this case pursuant to Federal Rule of Civil Procedure 16(b) to extend the discovery deadline to April 13, 2012. The