IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action No. 1:09-CV-0059 |
| v. | ) | Judge Haynes |
| | ) | |
| DURA AUTOMOTIVE SYSTEMS, INC., | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

*Owen Sm
This motion
so GRANTED
will be
William
4/17-12*

---

**DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN
SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
IN EXCESS OF THE PAGE LIMIT**

---

Defendant Dura Automotive Systems, Inc. ("Dura") moves the court pursuant to Local

Rule 7.01(a) for leave to file a Memorandum of Law in support of its Motion for Summary

Judgment of twenty-five (25) pages. The Amended Scheduling Order entered in this matter

provides that no memorandum in support of any dispositive motion may exceed twenty (20)

pages. (Docket No. 56, p. 2 n.1). In support of this Motion, Dura submits that it has endeavored

to present the facts and law applicable to this matter as concisely as possible, but that given the

number of claims and complexity of the issues, additional pages are required. While in excess of

the page limitation set out in the Amended Scheduling Order, Dura's Memorandum of Law is

within the twenty-five (25) pages allowed under Local Rule 7.01(a).

8764534.1                                              1
Case 1:09-cv-00059   Document 72   Filed 04/16/12   Page 1 of 2 PageID #: 427
Case 1:09-cv-00059   Document 84   Filed 04/17/12   Page 1 of 1 PageID #: 1217