UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DURA AUTOMOTIVE SYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 1:09-cv-00059 ) Judge Haynes ) ) ) JURY TRIAL DEMAND ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE IN EXCESS OF THE PAGE LIMIT TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Equal Employment Opportunity Commission (the Commission) moves the Court for leave to file in excess of the twenty (20) page limit provided in the Amended Scheduling Order. (Docket No. 56) to respond to Defendant's Motion for Summary Judgment. Pursuant to Local Rule 7.01(a), the Commission requests leave to file a twenty-five (25) page Memorandum of Law in Support of its Response in Opposition to Defendant's Summary Judgment. In support of this motion, the Commission avers that the additional pages are necessary for it to thoroughly respond to the myriad legal and factual issues raised by Defendant's Motion for Summary Judgment. Further, the Commission submits that the additional pages will not prejudice Defendant in any way, as Defendant also required leave from the Court to exceed the page limit for its memorandum of law.

Federal courts have allowed exceptions to page limitations set by the courts in complex cases. *See Thomas v. R.J. Reynolds Tobacco Co.*, 259 B.R. 571 (S.D. Miss. 2001) (granting page-limit extension for opposition to motion for abstention/equitable remand); *FDIC v.*