IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:09-cv-0059 ) Judge Haynes |
| DURA AUTOMOTIVE SYSTEMS, INC., | ) ) ) JURY DEMAND |
| Defendant. | ) |

*[Handwritten notations: "Quash / Thurmalism / No Granted" and "Dull" with signature, "5-31-12"]*

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
DURA AUTOMOTIVE SYSTEM INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendant Dura Automotive Systems, Inc. ("Dura") moves the Court pursuant to Local Rule 7.01(b) for permission to file a Reply to Plaintiff Equal Employment Opportunity Commission's Response in Opposition to Defendant's Motion for Summary Judgment. (Docket No. 92). The proposed 9-page reply is attached as Exhibit A. In support of its Motion, Dura states as follows:

1. Dura's Reply would aid the Court in resolving Dura's Motion for Summary Judgment. The proposed reply does not reiterate arguments that Dura raised in its prior briefing, but addresses certain factual contentions and legal arguments raised by Plaintiff in opposing Dura's Motion for Summary Judgment.

2. Dura could not have raised these issues before seeing Plaintiff's brief in opposition. Plaintiff raises a new procedural argument and submits a declaration establishing additional facts. In its Reply, Dura seeks to clarify for the Court these and other legal and factual issues Plaintiff has presented.

8883385.1