IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DURA AUTOMOTIVE SYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 1:09-cv-0059<br>)  Judge Haynes<br>)<br>)<br>)  JURY DEMAND<br>) |

## MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DURA'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF DAMAGES NOT PREVIOUSLY DISCLOSED

Defendant Dura Automotive Systems, Inc. ("Dura") moves the Court pursuant to Local Rule 7.01(b) for permission to file a Reply to Plaintiff Equal Employment Opportunity Commission's Response in opposition to Dura's Motion *in limine* to Exclude Evidence of Damages not Previously Disclosed (Docket No. 171) in order to cure a misimpression of fact presented in the EEOC's brief. The proposed 4-page reply, with exhibits, is attached as <u>Exhibit 1</u>. In support of its Motion, Dura states as follows:

1. Dura's Reply would aid the Court in resolving Dura's Motion *in limine* to Exclude Evidence of Damages not Previously Disclosed (Docket No. 129). The proposed reply does not reiterate arguments that Dura raised in its prior briefing (Docket No. 131), but addresses certain factual misimpressions and new legal arguments raised by Plaintiff in opposing Dura's Motion *in limine* to Exclude Evidence of Damages not Previously Disclosed.

2. Dura could not have raised these issues before seeing Plaintiff's response in opposition. Plaintiff raises a new legal argument and describes discovery discussions between

1