IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | CASE NO. 1:09-0059 CHIEF JUDGE HAYNES |
| v. | ) ) | |
| DURA AUTOMOTIVE, | ) ) ) | |
| Defendant. | ) | |

ORDER

A hearing is set in this action for **Wednesday, August 22, 2012 at 2:30 p.m. Nashville, Tennessee.**

It is so **ORDERED**.

**ENTERED** this the 21st day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge