UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
 )
    Plaintiff, )
 ) NO. 1:09-0059
 ) Judge Haynes/Bryant
    v. )
 )
DURA AUTOMOTIVE SYSTEMS, INC., )
 )
    Defendant.

**O R D E R**

The undersigned Magistrate Judge conducted a settlement conference in this case on Friday, August 24, 2012. The parties and their respective representatives met and negotiated in good faith. Although considerable progress was made, the parties did not agree on a settlement of this case.

If the parties conclude that further discussions with the undersigned Magistrate Judge would be helpful, counsel may contact chambers at 736-5878 to schedule an available time.

It is so **ORDERED**.

                                      s/ John S. Bryant
                                      JOHN S. BRYANT
                                      United States Magistrate Judge